Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>REAL PROPERTY COMMONLY KNOWN<br>AS 28221 15TH AVENUE SOUTH,<br>FEDERAL WAY, WASHINGTON, KING<br>COUNTY PARCEL #025130-0320, together<br>with its Buildings, Improvements,<br>Appurtenances, Fixtures, Attachments, and<br>Easements, *et al.*<br>            Defendants. | NO.  C06-1600RBL<br><br>ORDER OF DEFAULT AS TO<br>CARLOS ROMALLIS DANIELS FOR<br>THE DEFENDANT COVINGTON<br>PROPERTY |

THIS MATTER having come before the Court on the application of Plaintiff, United States of America, for entry of an order of default as to CARLOS ROMALLIS DANIELS as to the defendant real property commonly known as 26503 187th Avenue Southeast, Covington, Washington, King County Parcel #865144-1670, and the Clerk having reviewed the records and files therein,

IT IS HEREBY ORDERED, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that default be entered against CARLOS ROMALLIS DANIELS,

//

//

//

//

1    who has failed to plead, answer, or otherwise submit a claim as to the defendant real

2    property commonly known as 26503 187th Avenue Southeast, Covington, Washington,

3    King County Parcel #865144-1670, together with its Buildings, Improvements,

4    Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

5           Lots(s) 167 TIMBERLAND ESTATES DIVISION NO. 5, according to the
            plat thereof recorded in Volume 92 of Plats, page(s) 3 through 6, records of
6           King County Washington, SITUATE in the County of King, State of
            Washington.

7

8           DATED this   20th   day of June, 2007.

9
                                    By:   S/Jean Boring, Deputy Clerk
10                                        BRUCE RIFKIN
                                          UNITED STATES DISTRICT CLERK
11

12

13   Presented by:

14

15     s/Leonie G.H. Grant
     LEONIE G.H. GRANT
16   Assistant United States Attorney
     WSBA #12670
17   United States Attorney's Office
     700 Stewart Street, Suite 5220
18   Seattle, Washington  98101-1271
     Telephone:   206-553-2242
19   Fax No.:      206-553-6934
     E-Mail:       Lee.Grant@usdoj.gov
20

21

22

23

24

25

26

27

28

ORDER OF DEFAULT - 2
U.S. v. 28221 15TH AVENUE SOUTH, FEDERAL WAY, *et al.*  (C06-1600RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970