Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. C06-1600RBL |
| Plaintiff, ) | |
| v. ) | STIPULATION TO RETURN DEFENDANT VEHICLES TO CLAIMANT GMAC |
| REAL PROPERTY COMMONLY KNOWN AS 28221 15TH AVENUE SOUTH, FEDERAL WAY, WASHINGTON, KING COUNTY PARCEL #025130-0320, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, et al., ) | |
| Defendants. ) | |

The United States of America ("United States"), Plaintiff herein, by and through its attorney, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Leonie G.H. Grant, Assistant United States Attorney for said District, and Claimant GMAC, and its attorneys, Courtney A. Williams and Peterson Russell Kelly, PLLC, hereby stipulate and agree as follows:

1.      The United States and Claimant GMAC agree to settle GMAC's claim upon the terms indicated below.

2.      On January 30, 2007, GMAC filed a Claim of Ownership and Petition for Remission, Return or Mitigation (docket #12), regarding the 2000 Mercedes Benz S500, License Plate No. 023MZK, VIN: WDBNG75J3YA067031, and the 2002 Cadillac

1   Escalade Pickup, License Plate No. 784NQJ, VIN: 3GYEK63N92G277264 (hereinafter

2   collectively referred to as "the defendant vehicles"), which are named as defendant assets

3   in this civil forfeiture proceeding.  The United States agrees to recognize the claim of

4   GMAC as having a valid security interest in the defendant vehicles, and further agrees to

5   release the defendant vehicles to GMAC, except as specified in the paragraphs below, in

6   lieu of obtaining a Judgment of Forfeiture.

7          3.      On February 6, 2007, Claimant Carlos R. Daniels filed his Notice

8   of Claim of Carlos R. Daniels, docket #22, which included a claim of interest to

9   the subject 2000 Mercedes Benz S500, License Plate No. 023MZK,

10  VIN: WDBNG75J3YA067031, and the 2002 Cadillac Escalade Pickup, License Plate

11  No. 784NQJ, VIN: 3GYEK63N92G277264.  On September 1, 2007, Claimant Carlos R.

12  Daniels filed his Notice of Withdrawal of Claim by Carlos R. Daniels, docket #47,

13  thereby withdrawing his claim of interest in, among other things, the defendant vehicles.

14  Accordingly, as a consequence of the withdrawal of the Daniels' claim, GMAC is the

15  sole claimant in this civil forfeiture case claiming a secured interest in the defendant

16  vehicles.

17         4.  The United States agrees that the defendant vehicles shall be released directly

18  to GMAC, the legal owner of the defendant vehicles, or its counsel, Courtney Williams.

19         5.  Claimant GMAC expressly agrees to waive all rights to appeal this case.

20         6.  Claimant GMAC agrees to accept the above-mentioned defendant vehicles in

21  an "as is" condition.

22         7.  Claimant GMAC hereby releases and forever discharges the United States, the

23  Department of Justice, the United States Marshals Service, and their respective agents

24  and employees, from any and all actions, causes of action, suits, proceedings, debts, dues,

25  contracts, judgments, damages, claims, and/or demands whatsoever in law or equity,

26  which claimant GMAC, its heirs, successors, or assigns ever had, now have,

27  \\

28  \\

STIPULATION TO RETURN DEFENDANT VEHICLES TO CLAIMANT GMAC - 2
U.S. v. Real Property Commonly Known as 28221 15th Avenue South, et al.
No. C06-1600RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  \\

2  or may have in the future in connection with the seizure, storage and forfeiture against the

3  defendant vehicles.

4      8.  The parties agree to bear their own costs and attorney's fees, except as

5  specifically set forth herein.

6      DATED this  16th  day of September, 2007.

7                                              Respectfully submitted,

8                                              JEFFREY C. SULLIVAN
                                               United States Attorney
9

10

11     ___9/16/07___                            _s/Leonie G.H. Grant_____

12  Date                                        LEONIE G.H. GRANT
                                                Assistant United States Attorney
13                                              United States Attorney's Office
                                                700 Stewart Street, Suite 5220
14                                              Seattle, Washington  98101-1271
                                                Telephone:    206-553-2242
15                                              Fax No.:      206-553-6934
                                                E-Mail:       Lee.Grant@usdoj.gov
16                                              Counsel for the United States

17

18

19     ___9/10/07___                            _s/Courtney A. Williams_____
       ___Date                                  COURTNEY A. WILLIAMS
20                                              Peterson Russell Kelly, PLLC.
                                                10900 NE 4th Street, Suite 1850,
21                                              Bellevue, Washington, 98004-8341
                                                Telephone:   425-462-4700
22                                              Fax No.:     425-451-0714
                                                E-Mail:      cwilliams@prklaw.com
23                                              Counsel for Claimant GMAC

24

25

26     ___9/16/07___                            _s/Norris J. Ory_____

27  Date                                        NORRIS J. ORY
                                                Authorized Agent of GMAC
28                                              Claimant

## <u>ORDER</u>

Having reviewed the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      The Stipulation is hereby APPROVED;

2.      Plaintiff and Claimant GMAC have agreed to the return of the 2000 Mercedes Benz S500, License Plate No. 023MZK, VIN: WDBNG75J3YA067031, and the 2002 Cadillac Escalade Pickup, License Plate No. 784NQJ, VIN: 3GYEK63N92G277264; and

3.      The United States shall release the 2000 Mercedes Benz S500, License Plate No. 023MZK, VIN: WDBNG75J3YA067031, and the 2002 Cadillac Escalade Pickup, License Plate No. 784NQJ, VIN: 3GYEK63N92G277264, directly to GMAC, the legal owner of the defendant vehicles, or its counsel, Courtney Williams.

IT IS SO ORDERED this 18th day of September, 2007.

Ronald B. Leighton

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:


 *s/Leonie G.H. Grant*
LEONIE G.H. GRANT
Assistant United States Attorney
Counsel for the United States


 s/Courtney A. Williams
COURTNEY A. WILLIAMS
Peterson Russell Kelly, PLLC.
Counsel for Claimant GMAC

STIPULATION TO RETURN DEFENDANT VEHICLES TO CLAIMANT GMAC - 4
U.S. v. Real Property Commonly Known as 28221 15th Avenue South, et al.
No. C06-1600RBL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970