UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY COMMONLY KNOWN AS 28221 - 15TH AVENUE SOUTH, FEDERAL WAY, WASHINGTON, ET AL.,<br><br>Defendant. | NO. CV06-1600-RBL<br><br>**STIPULATED SETTLEMENT AGREEMENT**<br><br>**AND ORDER APPROVING SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and claimants Mattie Lock and Annie Daniels, by and through their respective attorneys ("the parties"), to compromise and settle, through this Settlement Agreement, the claims of interest of Mattie Lock and Annie Daniels in this action to the following properties:

    A.    Real property commonly known as 28221 - 15th Avenue South, Federal Way, Washington, King County Parcel #025130-0320, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements;

    B.    Real property commonly known as 33021 49th Avenue Southwest, Federal Way, Washington, King County Parcel #802952-0020, together with its buildings,

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | improvements, appurtenances, fixtures, attachments, and easements; |
| 2 | C. Real property commonly known as 26503 187th Avenue Southeast, Covington, |
| 3 | Washington, King County Parcel #865144-1670, together with its buildings, |
| 4 | improvements, appurtenances, fixtures, attachments, and easements. |

This stipulated Settlement Agreement is entered into between the parties pursuant to the following terms:

1. On November 3, 2006, the United States filed a Verified Complaint for Forfeiture *in rem* (Dkt #1) against the above listed real properties, and against personal property not at issue in this Settlement Agreement, and filed an Amended Verified Complaint for Forfeiture *in rem* against the same on December 18, 2006 (Dkt #9).

2. On or about February 8, 2007, Mattie B. Lock filed a Claim of Interest (Dkt #28) to the defendant real property located at 26503 187th Avenue Southeast, Covington, Washington (property "C").

3. On or about January 10, 2008, Annie Daniels filed a Claim of Interest (Dkt #58) to all three of the above listed defendant real properties (properties "A", "B", and "C").

4. The parties to this Settlement Agreement hereby stipulate that the above listed defendant real properties represent the proceeds of violations of title 21, United States Code, Sections 841(a)(1) and 846, in whole or in part, as alleged in the Verified Complaint and Amended Verified Complaint filed in this action, and therefore are forfeitable to the United States under Title 21, United States Code, Section 881(a)(6). The parties further stipulate that the violations occurred without the knowledge of Claimants Mattie Lock and/or Annie Daniels, and/or upon learning of the violations, Claimants did all that reasonably could be expected to terminate such use of the property.

5. Claimants Mattie Lock and Annie Daniels agree to forever waive, release, and surrender any and all claims to each of the real properties listed as properties "A"

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

and "B" above, located in Federal Way, Washington. Claimants Mattie Lock and Annie Daniels agree not to oppose the forfeiture of either of those properties, and agree not to file any future claims relating to either of those properties. Claimants Mattie Lock and Annie Daniels agree to assign, convey, and surrender any interest they might have in either of those properties, including any security interest, to the United States, and to convey clear title to the United States, via recordable documents.

6. The United States agrees to dismiss from this action and to immediately release its Lis Pendens on the real property listed as property "C" above, located in Covington, Washington. The United States agrees to waive any claim to the forfeiture of that property and not to seek forfeiture of that property, on the basis of any the allegations in the Verified Complaint and/or Amended Verified Complaint filed in this action.

7. Not later than 120 days after the United States has completed the forfeiture and sale, or other disposition, of the real properties listed as properties "A" and "B" above, located in Federal Way, Washington, the United States will pay to Annie Daniels the sum of $22,598.72, representing compensation for payments made in good faith by Annie Daniels on the defendant properties. Should the United States, however, recover from the sale of properties "A" and "B", after deducting all costs and expenses associated with those properties, a net sum of less than $45,197.44, the United States's payment to Annie Daniels will be limited to 50% of the net sum recovered.

8. Payment to claimant Annie Daniels is also conditioned upon the United States prevailing against or settling any competing claims, including any claims by any mortgagee/lienholder of properties "A" and "B"; upon the court's entry of a final judgment of forfeiture to the United States; and upon the sale of the defendant properties pursuant to the final judgment.

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

9. Claimant Mattie Lock agrees to pay claimant Annie Daniels the sum of $52,800.79, to fully settle and discharge a cross-claim by Annie Daniels regarding ownership in property "C". This payment will be made within 180 days of the approval of this Settlement Agreement. Claimants Annie Daniels and Mattie Lock may change the due date of the payment, however, by mutual agreement. In exchange for said payment, claimant Annie Daniels agrees to assign, convey, and surrender any interest she might have in property "C", including any security interest, to Mattie Lock, and to convey clear title to Mattie Lock, via recordable documents.

10. Claimants Annie Daniels and Mattie Lock agree that this stipulated Settlement Agreement shall constitute full settlement and satisfaction of any and all claims by Annie Daniels and Mattie Lock to the above-described real properties and items of personal property, as against the interests of the United States. Claimants Annie Daniels and Mattie Lock further agree that this stipulated Settlement Agreement shall constitute full settlement and satisfaction of their respective ownership interests and obligations in property "C".

11. Claimants Annie Daniels and Mattie Lock agree that their respective ownership interests and obligations in property "C", and their conflicts, if any, are issues between themselves, and do not implicate the United States or any other aspect of this Settlement Agreement. Claimants Annie Daniels and Mattie Lock agree that Mattie Lock's agreement to pay $52,800.79 to Annie Daniels is a fully severable agreement that does not in any way involve or implicate the United States and/or any other aspect of this Settlement Agreement. Annie Daniels and Mattie Lock agree that any dispute between them will not involve the United States and will not void or call into question any other provision of this Settlement Agreement.

12. Claimants Annie Daniels and Mattie Lock understand and agree that by entering into this Settlement Agreement, each of them waives any rights to litigate or

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

contest further any interest in defendant properties "A" and "B", including the right to petition for remission or mitigation of their forfeiture. If this Agreement is approved by the Court, Annie Daniels and Mattie Lock shall be excused and relieved from further participation in this action, unless specifically directed by an order of the Court. However, this Settlement Agreement does not relieve Annie Daniels and Mattie Lock of any applicable discovery obligations imposed under the Federal Rules of Civil Procedure.

13. Claimants Annie Daniels and Mattie Lock agree to release and hold harmless the United States, the United States Department of Justice, the Drug Enforcement Administration, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Annie Daniels and Mattie Lock and/or their agents, heirs, successors, and assigns, which currently exist or which may arise as a result of the United States' forfeiture action against the defendant real properties.

14. Claimants Annie Daniels and Mattie Lock agree to waive any and all claim to attorneys' fees under Title 28, United States Code, Section 2465. Each party to the Settlement Agreement agrees to bear its own costs and attorneys' fees.

15. Claimants Annie Daniels and Mattie Lock understand and agree that the United States reserves the right to petition the Court to void the Settlement Agreement if, before the actions it calls for are completed, the United States Attorney's Office obtains new information indicating that either Annie Daniels or Mattie Lock is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture statutes. The United States Attorney's Office also reserves the right, in its discretion, to terminate the forfeiture at any time prior to sale and release the defendant property. In either event, the United States shall promptly notify Claimants of such action. A discretionary termination of forfeiture shall not be the basis for any award of fees under Title 28, United States Code, Section 2465.

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

16. The terms of this Settlement Agreement shall be subject to approval by the United States District Court for the Western District of Washington, and the Court shall retain jurisdiction to enforce those terms.

17. This Settlement Agreement may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

STIPULATED TO and EXECUTED this 26th day of November, 2008.

/s/
Jeffrey C. Sullivan, United States Attorney
Darwin P. Roberts, Assistant United States Attorney
Attorneys for Plaintiff, United States of America

STIPULATED TO and EXECUTED this 25th day of November, 2008.

/s/
Richard Troberman
Attorney for Claimants

STIPULATED TO and EXECUTED this 25th day of November, 2008.

/s/
Annie Daniels
Claimant

STIPULATED TO and EXECUTED this 25th day of November, 2008.

/s/
Mattie Lock
Claimant

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

# ORDER

Based on the foregoing stipulation between the United States and Claimants Mattie Lock and Annie Daniels, this Stipulated Settlement Agreement is hereby APPROVED.

DATED this 28th day of November, 2008.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

JEFFREY C. SULLIVAN
United States Attorney

 s/ Darwin P. Roberts
DARWIN P. ROBERTS, WSBA #32539
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-6934
E-mail: darwin.roberts@usdoj.gov


  s/Richard Troberman
RICHARD TROBERMAN
Attorney for Claimants
520 Pike Street, Suite 2510
Seattle, Washington 98101
206-343-1111
206-340-1936 (fax)

SETTLEMENT AGREEMENT AS TO DEFENDANT REAL PROPERTIES
AND [PROPOSED] ORDER APPROVING SAME
CLAIMS OF DANIELS / LOCK - CV06-1600-RBL - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970