The Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY COMMONLY KNOWN AS 28221 15TH AVENUE SOUTH, FEDERAL WAY, WASHINGTON, KING COUNTY PARCEL #025130-0320, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, *et al.*

    Defendant.

NO. C06-1600RBL

EXPEDITED SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED by and between the Plaintiff, United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Darwin P. Roberts, Assistant United States Attorney for said District, and claimant La Salle Bank National Association as Trustee for Structured Asset Investment Loan Trust Series 2003-BC6 ("LaSalle Bank"), as successor in interest to MERS, to compromise and settle claimant's claim with respect to the defendant real property located at 33021 49th Avenue SW,

EXPEDITED SETTLEMENT AGREEMENT

1  Federal Way, Washington 98023 (Exhibit A – hereinafter the "real property")
2  according to the following terms:
3  1.  The parties to this agreement hereby stipulate that the real property was
4  purchased with proceeds traceable to the sale of controlled substances, as stated in
5  the Verified Complaint for Forfeiture In Rem, filed with the Court herein on
6  November 3, 2006, and is therefore subject to forfeiture to the United States
7  pursuant to Title 21, United States Code, Section 881(a)(6), for violations of Title
8  21, United States Code, Sections 841(a)(1) and 846, which occurred without the
9  knowledge or consent of La Salle Bank
10 2.  Plaintiff agrees that upon sale of the real property by the United States
11 Marshals Service, pursuant to entry of a Judgment of Forfeiture by this court, and
12 after payment of the reasonable expenses of custody and sale incurred by the United
13 States Marshals Service, the following shall be paid to La Salle Bank, from the
14 proceeds of the sale of the defendant real property:
15   a.  All unpaid principal due to LaSalle in the amount of $436,524.20, as
16 of August 18, 2008, pursuant to the mortgage instrument dated April 3, 2003, which
17 was secured by a deed of trust recorded April 11, 2003, in the official record of
18 King County, State of Washington, as fully described in the Answer and Claim filed
19 by Mortgage Electronic Information Systems, Inc., LaSalle's predecessor, on file
20 herein.
21   b.  All unpaid interest at the base contractual rate of 11.25%, under the
22 above mortgage instrument, totaling $114,168.53 as of September 17, 2008, plus
23 additional interest assessed at $6.99% per annum until the date of payment.
24   c.  Late charges of 649.21;
25   d.  Escrow Overdraft of $17,657.22;
26 EXPEDITED SETTLEMENT AGREEMENT
27
28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     e.     Escrow Advance Interest of $1,254.88;

2     f.     Legal / Attorney's Fees of $3,175.50;

3     g.     Maintenance & Repairs of $1,102.00;

4     h.     Property Inspection of $189.00;

5     i.     Property Preservation of $135.00;

6     j.     Utilities of $467.59;

7     k.     Valuations of $539.00; and

8     l.     Recording Cost to Release Documents of $40.00.

9     3.     This Settlement Agreement and payment to LaSalle is conditioned
10 upon the United States prevailing against any competing claims, including claims by
11 the property owner. The United States agrees that it will not accept an offer that is
12 insufficient to pay the amounts under paragraph 2.

13 4.     The payment to LaSalle shall be in full settlement and satisfaction of any and
14 all claims by LaSalle to the defendant real property named in the above-captioned
15 forfeiture action and all claims, except as specified in paragraph 6 below, resulting
16 from the incidents or circumstances giving rise to this forfeiture action.

17 5.     Upon full payment, as amounts set forth in paragraph #2, LaSalle agrees to
18 assign and convey its security interest to the United States of America via recordable
19 documents and to release and hold harmless the United States, and any agents,
20 servant, and employees of the United States (and any involved state or local law
21 enforcement agencies and their agents, servants, or employees), in their individual or
22 official capacities, from any and all claims LaSalle and its agents that currently exist
23 or that may arise as a result of the Government's actions against and relating to
24 the defendant real property.

25 6.     As a part of this settlement, upon signing of this agreement, and approval of

26 EXPEDITED SETTLEMENT AGREEMENT

27
28

the agreement by the court; LaSalle agrees not to pursue any other rights it may have under the mortgage instrument, including but not limited to any right to foreclose upon and sell the defendant real property and any right to assess additional interest or penalties. This provision does not prevent or foreclose LaSalle from taking any action against Carlos Daniels for the amount of any deficiency, including attorneys fees, expenses, and costs that may be owed to Mortgage Electronic Information Systems, Inc. after applying the proceeds of the sale of the defendant real property to the judgment amount agreed to herein.

7. LaSalle understands and agrees that by entering into this Expedited Settlement of its interest in the defendant real property, it waives any rights to litigate further against the United States its interest in the defendant real property and to petition for remission or mitigation of the forfeiture. If this Agreement is approved by the court, then unless specifically directed by an order of the court, LaSalle shall be excused and relieved from further participation in this action.

8. LaSalle understands and agrees that the United States reserves the right to void the expedited settlement agreement if, before payment of the mortgage or lien, the United States Attorney obtains new information indicating that the mortgagee or lienholder is not an "innocent owner" or "bona fide purchaser" pursuant to the applicable forfeiture statutes. In the event the United States obtains any such information, the United States Attorney also reserves the right, in its discretion, to terminate the forfeiture at any time and release the subject property. In either event, the Government shall promptly notify LaSalle of such action. A discretionary termination of forfeiture shall not be a basis for any award of fees under Title 28, United States Code, Section 2465.

9. LaSalle agrees to execute further documents, to the extent necessary, to

EXPEDITED SETTLEMENT AGREEMENT

1 convey clear title to the property to the United States and to implement further the
2 terms of this settlement. Each party agrees to bear its own costs and fees, except as
3 expressly set forth herein.

4  10. Payment to LaSalle. pursuant to this settlement agreement is
contingent upon forfeiture of the defendant property to the United States, the United
5 State's prevailing over any third-party claims, the Court's entry of a final judgment
6 of forfeiture, and sale of the defendant property, pursuant to the final judgment of
7 forfeiture.

8                                    Respectfully submitted,

9                                    JEFFREY C. SULLIVAN
                                     United States Attorney
10

11 Dated  September 17, 2008      s/ Darwin P. Roberts
                                  DARWIN P. ROBERTS, WSBA#32539
12                                Assistant United States Attorney
                                  United States Attorney's Office
13                                700 Stewart Street, Suite 5220
                                  Seattle, Washington 98101-1271
14                                Phone: 206-553-2242
                                  Fax:    206-553-6934
15                                E-mail: darwin.roberts@usdoj.gov

16 Dated  12/11/2008              _____ WSBA# 40144
17                                JANAYA CARTER, WSBA#32715
                                  Attorney for Claimant, LaSalle Bank,
18                                successor in interest to Mortgage
                                  Electronic Registration Systems, Inc.
19                                ROUTH CRABTREE OLSEN
                                  3535 Factoria Blvd. S. Suite 200
20                                Bellevue, WA 98006
                                  Phone: (425) 484-2121
21                                Fax:    (425) 283-5991
                                  E-Mail:        jcarter@rcolegal.com
22

23

24

25

26 EXPEDITED SETTLEMENT AGREEMENT

27                                                    UNITED STATES
                                                        ATTORNEY
28                                                  700 Stewart Street, Suite
                                                           5220
                                                    Seattle, Washington 98101-
                                                           1271
                                                      (206) 553-7970

1  ORDER

3  This Stipulated Expedited Settlement Agreement between the United
4  States of America and LaSalle Bank is hereby approved.

6  DATED this 15th day of December, 2008.

*[signature: Ron B. Leighton]*

UNITED STATES DISTRICT
11  JUDGE

12  Presented by:

15  s/ Darwin P. Roberts

16  DARWIN P. ROBERTS, WSBA #32539
    Assistant United States Attorney
17  United States Attorney's Office
    700 Stewart Street, Suite 5220
18  Seattle, Washington 98101-1271
    Phone: 206-553-2242
19  Fax:   206-553-6934
    E-mail: darwin.roberts@usdoj.gov

*[signature] WSBA # 4d44, for*

JANAYA CARTER, WSBA #32715
23  Counsel for Claimant,
    LaSalle Bank, successor in interest to MERS
24  Routh, Crabtree, Olsen, PS
    3535 Factoria Blvd SE Ste 200 Bellevue, WA 98006-1263
25  Phone: (425) 586-1991

26  EXPEDITED SETTLEMENT AGREEMENT

UNITED STATES
ATTORNEY
700 Stewart Street, Suite
5220
Seattle, Washington 98101-
1271
(206) 553-7970

1  Fax: (425) 283-5991
   E-mail:jcarter@rcolegal.com

26  EXPEDITED SETTLEMENT AGREEMENT

UNITED STATES
ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# EXHIBIT A

## PROPERTY DESCRIPTION

Real Property Located at
33021 49th Avenue Southwest
Federal Way, Washington

## LEGAL DESCRIPTION

Lot 2, STONE BROOK DIVISION 3, according to the plat thereof, recorded in Volume 150 of Plats, pages 90 through 93, in King County, Washington;

King County Parcel #802952-0020

EXPEDITED SETTLEMENT AGREEMENT