The Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY COMMONLY KNOWN AS 28221 - 15TH AVENUE SOUTH, FEDERAL WAY, WASHINGTON, *ET AL.*,

    Defendant.

NO. CV06-1600-RBL

JUDGMENT OF FORFEITURE

Plaintiff, United States of America, filed an Amended Verified Complaint for Forfeiture on December 18, 2006. In its Amended Complaint, the United States alleged that the defendant property more particularly described bellow was subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(4), 881(a)(6), and 881(a)(11).

Notice of the arrest of the defendant property was published in the Daily Journal of Commerce on November 2, November 9,and November 16, 2007.

On January 30, 2007, Claimant GMAC filed Claim to the Defendant Cadillac Escalade Pickup and the Defendant Mercedes Benz S500.

On February 6, 2007, Claimant Carlos Romallis Daniels submitted a claim of ownership. On September 1, 2007, Carlos Romallis Daniels withdrew his claim to the defendant property.

On February 8, 2007, Mattie B. Lock filed a Claim of Interest to the defendant real

JUDGMENT OF FORFEITURE

U.S. v. Real Property Commonly Known as 28221 15th Ave. South, Federal Way, *et al.* CV06-1600-RBL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

property located at 26503 187th Avenue Southeast, Covington, Washington.

On July 9, 2007, Mortgage Electronic Registration System, Inc., as a Nominee for LaSalle Bank National Association, filed an Answer to the Complaint, claiming an interest in the property commonly known as 33021 49th Avenue SW, Federal Way, Washington.

On September 17, 2007, the Court approved a Settlement Agreement entered between the United States and GMAC to return the Defendant Cadillac Escalade Pickup and the Defendant Mercedes Benz S500 to GMAC.

On January 10, 2008, Annie Daniels filed a Claim of Interest to all three of the three parcels of defendant real property.

On November 28, 2008, the Court approved a Stipulated Settlement Agreement entered between the United States and Claimants Mattie Lock and Annie Daniels. Under the terms of the Stipulation, Claimants Lock and Daniels agreed to the forfeiture of real property commonly known as 28221 15th Ave. S., Federal Way, Washington and 33021 49th Ave. SW, Federal Way, Washington, pursuant to the terms of the Agreement, and the United States agreed to abandon the forfeiture of the real property commonly known as 26503 187th Ave. SE, Covington, Washington.

On December 15, 2008, the Court approved an Expedited Settlement Agreement (Dkt. #66) between the United States and La Salle Bank National Association as to the real property located at 33021 49th SW, Federal Way, Washington.

On January 5, 2007, the United States effected service of the Amended Complaint and associated initial filings upon Gwendolyn Dockery, registered owner of the defendant 1983 Mercedes Benz 500 SEC, via U.S. Mail, certified mail with return receipt requested. Dockery has failed to file a claim and the time to do so has now expired.

On January 9, 2007, the United States effected service of the Amended Complaint and associated initial filings upon Rene Abrego, registered owner of the defendant 1998 Toyota Tacoma, via U.S. Mail, certified mail with return receipt requested. The

JUDGMENT OF FORFEITURE
U.S. v. Real Property Commonly Known as 28221 15th Ave. South, Federal Way, *et al.* CV06-1600-RBL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

defendant 1998 Toyota Tacoma was forfeited in the related criminal action <u>U.S. v. Jose Luis Campos</u>, W.D. Wash Case No. CR06-5350RBL.

On June 27, 2007, the United States effected service of the Amended Complaint and associated initial filings upon Bank One, N.A. via U.S. Mail, certified mail with return receipt requested, upon its authorized service agent Mortgage Electronic Registration System, Inc. Pursuant to the terms of the Settlement Agreement approved on November 28, 2008, the United States shall satisfy the valid lien of Bank One, N.A. to the property commonly known as 28221 15th Ave. South, Federal Way, Washington.

No other claims to the defendant property have been filed and the time period to do so has now expired.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction of this matter and over the defendant property and parties pursuant to Title 28, United States Code, Sections 1345, 1355 and 1395.

2. The following defendant property is hereby forfeited to the United States of America and no right, title or interest in said items of property shall exist in any other person or entity:

   a. Real property commonly known as 28221 15th Avenue South, Federal Way, Washington, King County Parcel #025130-0320, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

   Lot 32, APPLEWOOD, according to the plat thereof recorded in Volume 142 of Plats, page(s) 56 though 59, inclusive, records of King County, Washington, SITUATE in the County of King, State of Washington;

   b. Real property commonly known as 33021 49th Avenue Southwest, Federal Way, Washington, King County Parcel #802952-0020, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

   Lot 2, STONE BROOK DIVISION 3, according to the plat thereof, recorded in Volume 150 of Plats, pages 90 through 93, in King County, Washington;

JUDGMENT OF FORFEITURE
U.S. v. Real Property Commonly Known as 28221 15th Ave. South, Federal Way, *et al.* CV06-1600-RBL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

|   |    |                                                                                              |
|---|----|----------------------------------------------------------------------------------------------|
| c.| $182,500.00 in United States Currency; |
| d.| $70,142.42 in United State Currency; |
| e.| One (1) men's silver Aquamaster Professional Chronograph watch with mother of pearl dial and diamonds; |
| f.| One (1) men's black and silver Aquamaster watch with black leather strap; |
| g.| One (1) men's gold Gucci watch with a black face; |
| h.| One (1) men's Rolex watch with a blue face; |
| i.| One (1) men's gold Rolex watch with diamonds; |
| j.| One (1) loose diamond, or the proceeds thereof in the amount of $4,500.00 in United States Currency; |
| k.| Two (2) men's diamond rings, |
| l.| 1988 Rolls Royce Silver Spur, License Plate No. 662PVU, VIN: SCAZS02B3JCX22098; |
| m.| 1983 Mercedes Benz 500 SEC, License Plate No. 701TWT, VIN: WDB12604412004766; |
| n.| One (1) Cobray 9mm semiautomatic rifle-pistol, Model M-11, Serial #890010644; |
| o.| One (1) Glock 10mm semiautomatic pistol, Model 20, Serial #VC850; |
| p.| One (1) Mossberg 12-gauge pistol grip shotgun, Model 88, Serial #MV94231C; and |
| q.| One (1) Glock 9mm semiautomatic pistol, Model 26, Serial #BSP036US. |

3. The United States Marshals Service shall dispose of the forfeited defendant property in accordance with the law.

//
//
//
//
//

JUDGMENT OF FORFEITURE
U.S. v. Real Property Commonly Known as 28221 15th Ave. South, Federal Way, *et al.* CV06-1600-RBL - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

4. The Clerk of the Court is directed to serve a copy of this Judgment for Forfeiture of Property on each party of record herein and send thirty-three (33) additional "raised seal" certified copies on to the United States Marshals Service, Seattle, Washington.

DATED this 8th day of May, 2009.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Darwin P. Roberts
DARWIN P. ROBERTS, WSBA #32539
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-6934
E-mail: darwin.roberts@usdoj.gov

JUDGMENT OF FORFEITURE
U.S. v. Real Property Commonly Known as 28221 15th Ave. South, Federal Way, *et al.* CV06-1600-RBL - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970